**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1713-19

CHRISTINE SAVAGE and
KYHEEM DAVIS,

     Plaintiffs-Appellants,

v.

NEPTUNE TOWNSHIP,
NEPTUNE TOWNSHIP
POLICE DEPARTMENT,
JAMES M. HUNT, JR., and
MICHAEL J. BASCOM,

     Defendants-Respondents.

_____

        Submitted September 23, 2021 – Decided November 4, 2021

        Before Judges Alvarez, Haas, and Mawla.

        On appeal from the Superior Court of New Jersey, Law Division, Monmouth County, Docket No. L-0685-18.

        Law Office of Donald F. Burke, attorneys for appellants (Donald F. Burke and Donald F. Burke, Jr., on the briefs).

Grace, Marmero & Associates, LLP, attorneys for respondents Neptune Township and Neptune Township Police Department (Michael R. Burns, on the brief).

Schenck, Price, Smith & King, LLP, attorneys for respondents James R. Hunt, Jr., and Michael J. Bascom, join in the brief of respondents Neptune Township and Neptune Township Police Department.

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulations they have filed, the appeal is dismissed with prejudice.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION